In the Matter of the Application of the City of New York, Appellant, Relative to Acquiring Title, etc., to Newport and Neponsit Avenues, etc. West Rockaway Land Company and Others, Respondents.— Order reversed, with ten dollars costs and disbursments, and motion granted, without costs. No opinion. Jenks, P. J., Stapleton, Rich and Putnam, JJ., concurred; Thomas, J., not voting.

In the Matter of the Application of Percival E. Jackson, an Attorney, etc., Appellant, for an Order Fixing and Enforcing His Lien, etc. Ann Nolan, Respondent.— Order affirmed, without costs. As we read the affidavit of the moving party it contains no evidence of the reasonable value of the services rendered; therefore, he is not aggrieved by the fixation of the Special Term. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.